UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

## INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
| 1 | Surveillance camera still shots, November 19, 2017 |
| 2 | Surveillance camera still shots, November 10, 2017 and November 19, 2017 |