

**John C. Williams**
**Marathon Gas Station**
**November 19, 2017**

EXHIBIT 1